IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IYOGI HOLDING PVT LTD.,                           No. C 11-00592 CW

    Plaintiff,                                ORDER RE DEFAULT

  v.

SECURE REMOTE SUPPORT, INC, et al.,

    Defendants.
                                     /

    Default having been entered by the Clerk on April 5, 2011 as to Secure Remote Support, Inc, and on April 22, 2011 as to Joseph Ward Clark,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, May 3, 2011 is continued to Tuesday, August 9, 2011.

Dated: 4/27/2011                         _____
                                         CLAUDIA WILKEN
                                         United States District Judge

cc:  Sue