IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IYOGI HOLDING PVT LTD.,                    No. C 11-00592 CW

    Plaintiff,                        <u>ORDER OF REFERENCE</u>
                                      <u>TO MAGISTRATE JUDGE</u>
  v.

SECURE REMOTE SUPPORT, INC, et al.,

    Defendants.
                                           /

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 5/25/2011

                                                      _____
                                                      CLAUDIA WILKEN
                                                      United States District Judge

cc: Sue