

650 Page Mill Road
Palo Alto, CA 94304-1050

PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

NATHAN E. FERGUSON
Internet: nferguson@wsgr.com

July 19, 2011

**VIA E-FILING**

Honorable Magistrate Judge Joseph C. Spero
San Francisco Courthouse, Courtroom G
450 Golden Gate Ave., 15th Floor
San Francisco, CA  94102

> Re: *iYogi Holding Pvt Ltd. v. Secure Remote Support, et al.*
> **U. S. District Court Case No. CV-11-00592 CW**
> **Request for Telephonic Appearance of Nathan E. Ferguson**

Dear Judge Spero:

iYogi Holding Pvt Ltd.'s("iYogi") Motion for Default Judgment Against Defendants Secure Remote Support and Joseph Ward Clark is scheduled for July 29, 2011 at 9:30am before Magistrate Judge Spero.  iYogi's primary counsel, John L. Slafsky ("Slafsky"), will appear at the hearing <u>in person</u>.  Additionally, and not in lieu of Slafsky's in-person appearance, iYogi would like counsel Nathan E. Ferguson ("Ferguson") to attend the hearing.  Ferguson is located in Seattle, Washington, and will be unable to attend the hearing in person.  Pursuant to Magistrate Judge Spero's Scheduling Notes, iYogi requests that Ferguson be granted permission to make a telephonic appearance at the hearing.  Ferguson's direct land line telephone number is **206-883-2624**.  If this request is granted, Ferguson will be on standby to receive the Court's call.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Nathan E. Ferguson
    Nathan E. Ferguson

Attorneys for Plaintiff
IYOGI HOLDINGS PVT LTD

IT IS HEREBY ORDERED that Mr. Ferguson may appear by phone on 9/16/11 at 9:30 AM. Mr. Ferguson shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 7/21/11

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Joseph C. Spero]*

4438413_1.DOC

AUSTIN   HONG KONG   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.