UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYOGI HOLDING PVT LTD., <br><br> Plaintiff, <br> v. <br><br> SECURE REMOTE SUPPORT, INC., ET. AL, <br><br> Defendants. | No. C-11-0592 JCS <br><br> **ORDER CONTINUING HEARING; REQUESTING FURTHER BRIEFING RE: PERSONAL JURISDICTION AND VENUE** |

Before the Court is Plaintiff's Motion for Default Judgment, which has been referred to the undersigned for a Report and Recommendation. The Court has reviewed the Complaint and the Motion for Default Judgment and finds no allegations or evidence that would support the existence of personal jurisdiction over either Defendant in this case.

Accordingly, the hearing scheduled for Friday, September 16, 2011 is hereby VACATED. Plaintiff will be given the opportunity to submit additional briefing. Plaintiff shall address both: 1) personal jurisdiction and 2) venue. Plaintiff's brief shall be filed on or before September 23, 2011; Defendants' Opposition, if any, shall be due on or before September 30, 2011. The Plaintiff's optional Reply shall be due by October 7, 2011. The hearing on the Plaintiff's Motion for Default Judgment is rescheduled for October 14, 2011 at 9:30 a.m.

IT IS SO ORDERED.

Dated: September 9, 2011

JOSEPH C. SPERO
United States Magistrate Judge