IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYOGI HOLDING PVT LTD, | No. C 11-0592 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |
| v. | |
| SECURE REMOTE SUPPORT INC, et al., | |
| Defendants. | |

   The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

   IT IS HEREBY ORDERED that Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.  The Court shall separately enter a Permanent Injunction.

Dated: 12/15/2011

CLAUDIA WILKEN
United States District Judge