IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYOGI HOLDING PVT LTD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECURE REMOTE SUPPORT INC, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 11-0592 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

　　The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

　　IT IS HEREBY ORDERED that Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.  The Court shall separately enter a Permanent Injunction.

Dated: 12/15/2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge