IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IYOGI HOLDING PVT LTD,                         No. C 11-0592 CW

    Plaintiff,                              PERMANENT
                                               INJUNCTION
  v.

SECURE REMOTE SUPPORT, INC; and
JOSEPH WARD CLARK,

    Defendants.
_____/

Pursuant to this Court's Order Adopting Magistrate Judge's Report and Recommendation Re Motion for Default Judgment, a permanent injunction is entered against Defendants as follows:

1. Defendants, Defendants' agents, partners, servants, or employees, or any others acting in participation with Defendants, are hereby enjoined from:

    i. publishing false, unsubstantiated, or misleading statements about iYogi, iYogi's goods or services, or its employees, directors, principals, or officers;

    ii. publishing false, unsubstantiated, or misleading statements about Secure Remote Support or its goods and services, or its employees, directors, principals or officers;

    iii. posting or otherwise publishing on any consumer review or consumer complaint website, or similar website, any statements regarding iYogi, iYogi's goods or services, or its employees, directors, principals or officers, or

>   Secure Remote Support or its goods or services, or its employees, directors, principals or officers (a) attributable to anyone other than the actual author, and (b) without disclosing a material relationship between the author and Secure Remote Support or any successor thereto;
>   iv. otherwise defaming, slandering, or libeling iYogi or its employees, directors, principals, or officers;
>   v.  registering any Internet domain name consisting in whole or in part of the letter string IYOGI; and
>   vi. causing any third party to participate in any of the activities described in (i) – (v); and
> 2. directing Defendants to:
>    i. transfer ownership of the domain name registration for <iyogireviewsonline.com> to Plaintiff, including by taking all steps within their power to have the domain name registrar, SingleHop. Inc., or such other registrar that may manage the domain name registration, facilitate the transfer to iYogi;
>    ii. transfer to Plaintiff all electronic files containing any software code or content that has appeared on the <iyogireviewsonline.com> website, and delete all copies of same from all forms of media owned by, in the possession of, or under the control of Defendants;
>    iii. diligently attempt to remove, delete, or obscure all website comments, reviews, ratings, or other statements referencing iYogi that were posted by Defendants or Defendants' agents, or at the direction of Defendants or Defendants' agents (collectively, "Reviews");

iv. in the event that Defendant cannot remove Reviews pursuant to section (iii) above within ten days of the entry of this judgment, after consultation with iYogi as to the form and content of the communication, and at iYogi's option, contact the operators of all websites on which Reviews remain and (a) transmit to the operator a copy of this judgment and accompanying order, (b) disclose that Defendants published or caused the Reviews to be published, and (c) request that the website operator remove such Reviews;

v. in the event that Defendants cannot remove or cause to be removed Reviews pursuant to sections (iii) or (iv) above, post new comments associated as closely as possible with such Reviews, stating either that (a) "The review/comment above was posted by Secure Remote Support or its agents, rather than the attributed author, in an attempt to increase Secure Remote Support's search engine optimization and to disparage iYogi and its services.  The comment/review does not reflect SRS's or the author's actual experience with iYogi.  Secure Remote Support regrets that its actions caused this review/comment to be published.  SRS is posting this message pursuant to a Court Order from the United States District Court for the Northern District of California" or (b) another statement approved in advance by Plaintiff.

IT IS SO ORDERED.

Dated: 12/16/2011

CLAUDIA WILKEN
United States District Judge