IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IYOGI HOLDING PVT LTD,  No. C 11-0592 CW

    Plaintiff,  JUDGMENT

  v.

SECURE REMOTE SUPPORT, INC; and
JOSEPH WARD CLARK,

    Defendants.
_____/

For the reasons set forth in the Order Adopting Magistrate Judge's Report and Recommendation Re Motion for Default Judgment and in the Magistrate Judge's Report and Recommendation Re Motion for Default Judgment,

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of Plaintiff Iyogi Holding PVT Ltd. against Defendants Secure Remote Support, Inc. and Joseph Ward Clark for the following claims: (1) unlawful business practices and unfair competition, under Cal. Bus. Prof. Code §§ 17200 et seq. and common law; (2) false or misleading advertising, under Cal. Bus. Prof. Code §§ 17500 et seq.; (3) false advertising, under the Lanham Act § 43(a)(1)(B), 15 U.S.C. § 1125; and (4) violation of the Anti-Cybersquatting Consumer Protection Act, under 15 U.S.C. § 1125(d), and

That Plaintiff's claims against Defendants for intentional interference with prospective economic advantage and trade libel are dismissed.

The Court shall separately enter a Permanent Injunction.

Dated: 12/16/2011

CLAUDIA WILKEN
United States District Judge